# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Frank J. Wright                      CHAPTER 13

Debtor(s)

BKY. NO. 22-10275 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                             Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
22 Feb 2022, 14:43:54, EST

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322