Asbury Kitchen & Bath Gallery
929 Asbury Avenue
Ocean City, NJ  08226

JENNIFER N BENNETT
688  W. MARYLAND AVE
FLOOR 1
SOMERS POINT, NJ 08226

Direct Deposit

---

| Employee Pay Stub | Check number: DD3472 | | | Pay Period: 01/01/2022 - 01/14/2022 | Pay Date: 01/20/2022 |
|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | |
| JENNIFER N BENNETT, 688  W. MARYLAND AVE, FLOOR 1, SOMERS POINT, NJ 08226 | | | | ***-**-9697 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Hourly | 39:00 | 20.00 | 780.00 | 780.00 | Checking - ******5847 | 703.09 |
| **Taxes** | | | Current | YTD Amount | **Memo** | |
| NJ - Workforce Dev. Employee | | | -0.33 | -0.33 | Direct Deposit | |
| NJ - Health Care Subsidy Emp. | | | 0.00 | 0.00 | | |
| NJ - Family Leave Insurance | | | -1.09 | -1.09 | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | |
| Federal Withholding | | | 0.00 | 0.00 | | |
| Social Security Employee | | | -48.36 | -48.36 | | |
| Medicare Employee | | | -11.31 | -11.31 | | |
| NJ - Withholding | | | -11.75 | -11.75 | | |
| NJ DI/WF/HC | | | -1.09 | -1.09 | | |
| NJ - Unemployment Employee | | | -2.98 | -2.98 | | |
| | | | -76.91 | -76.91 | | |
| **Net Pay** | | | 703.09 | 703.09 | | |

Asbury Kitchen & Bath Gallery, 929 Asbury Avenue, Ocean City, NJ  08226, TACCARINO KITCHENS INC        Powered by **Intuit Payroll**

Asbury Kitchen & Bath Gallery
929 Asbury Avenue
Ocean City, NJ 08226

JENNIFER N BENNETT
688 W. MARYLAND AVE
FLOOR 1
SOMERS POINT, NJ 08226

Direct Deposit

| Employee Pay Stub | | Check number: DD3491 | | | Pay Period: 02/12/2022 - 02/25/2022 | Pay Date: 03/03/2022 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| JENNIFER N BENNETT, 688 W. MARYLAND AVE, FLOOR 1, SOMERS POINT, NJ 08226 | | | | | ***-**-9697 | |
| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Direct Deposit** | Amount |
| Hourly | 76:00 | 20.00 | 1,520.00 | 5,400.00 | Checking - ******5847 | 1,311.15 |
| **Taxes** | | | Current | YTD Amount | **Memo** | |
| NJ - Workforce Dev. Employee | | | -0.64 | -2.27 | Direct Deposit | |
| NJ - Health Care Subsidy Emp. | | | 0.00 | 0.00 | | |
| NJ - Family Leave Insurance | | | -2.13 | -7.56 | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | |
| Federal Withholding | | | -52.00 | -163.00 | | |
| Social Security Employee | | | -94.24 | -334.80 | | |
| Medicare Employee | | | -22.04 | -78.30 | | |
| NJ - Withholding | | | -29.86 | -104.18 | | |
| NJ DI/WF/HC | | | -2.13 | -7.56 | | |
| NJ - Unemployment Employee | | | -5.81 | -20.65 | | |
| | | | -208.85 | -718.32 | | |
| **Net Pay** | | | 1,311.15 | 4,681.68 | | |

Asbury Kitchen & Bath Gallery, 929 Asbury Avenue, Ocean City, NJ 08226, TACCARINO KITCHENS INC    Powered by **Intuit Payroll**

Asbury Kitchen & Bath Gallery
929 Asbury Avenue
Ocean City, NJ 08226

JENNIFER N BENNETT
688 W. MARYLAND AVE
FLOOR 1
SOMERS POINT, NJ 08226

Direct Deposit

---

| Employee Pay Stub | Check number: DD3478 | | | | Pay Period: 01/15/2022 - 01/28/2022 | Pay Date: 02/03/2022 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| JENNIFER N BENNETT, 688 W. MARYLAND AVE, FLOOR 1, SOMERS POINT, NJ 08226 | | | | | ***-**-9697 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Hourly | 77:45 | 20.00 | 1,555.00 | 2,335.00 | Checking - ******5847 | 1,337.49 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| NJ - Workforce Dev. Employee | | | -0.65 | -0.98 | Direct Deposit | |
| NJ - Health Care Subsidy Emp. | | | 0.00 | 0.00 | | |
| NJ - Family Leave Insurance | | | -2.18 | -3.27 | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | |
| Federal Withholding | | | -56.00 | -56.00 | | |
| Social Security Employee | | | -96.41 | -144.77 | | |
| Medicare Employee | | | -22.55 | -33.86 | | |
| NJ - Withholding | | | -31.59 | -43.34 | | |
| NJ DI/WF/HC | | | -2.18 | -3.27 | | |
| NJ - Unemployment Employee | | | -5.95 | -8.93 | | |
| | | | -217.51 | -294.42 | | |
| **Net Pay** | | | **1,337.49** | **2,040.58** | | |

Asbury Kitchen & Bath Gallery, 929 Asbury Avenue, Ocean City, NJ 08226, TACCARINO KITCHENS INC          Powered by **Intuit Payroll**

Asbury Kitchen & Bath Gallery
929 Asbury Avenue
Ocean City, NJ  08226

JENNIFER N BENNETT
688  W. MARYLAND AVE
FLOOR 1
SOMERS POINT, NJ 08226

Direct Deposit

| Employee Pay Stub | Check number: DD3484 | | | Pay Period: 01/29/2022 - 02/11/2022 | Pay Date: 02/17/2022 |
|---|---|---|---|---|---|
| Employee | | | | SSN | |
| JENNIFER N BENNETT, 688  W. MARYLAND AVE, FLOOR 1, SOMERS POINT, NJ 08226 | | | | ***-**-9697 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Hourly | 77:15 | 20.00 | 1,545.00 | 3,880.00 | Checking - ******5847 | 1,329.95 |
| Taxes | | | Current | YTD Amount | Memo | |
| NJ - Workforce Dev. Employee | | | -0.65 | -1.63 | Direct Deposit | |
| NJ - Health Care Subsidy Emp. | | | 0.00 | 0.00 | | |
| NJ - Family Leave Insurance | | | -2.16 | -5.43 | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | |
| Federal Withholding | | | -55.00 | -111.00 | | |
| Social Security Employee | | | -95.79 | -240.56 | | |
| Medicare Employee | | | -22.40 | -56.26 | | |
| NJ - Withholding | | | -30.98 | -74.32 | | |
| NJ DI/WF/HC | | | -2.16 | -5.43 | | |
| NJ - Unemployment Employee | | | -5.91 | -14.84 | | |
| | | | -215.05 | -509.47 | | |
| Net Pay | | | 1,329.95 | 3,370.53 | | |

Asbury Kitchen & Bath Gallery, 929 Asbury Avenue, Ocean City, NJ  08226, TACCARINO KITCHENS INC

Powered by Intuit Payroll

Asbury Kitchen & Bath Gallery
929 Asbury Avenue
Ocean City, NJ 08226

JENNIFER N BENNETT
688 W. MARYLAND AVE
FLOOR 1
SOMERS POINT, NJ 08226

Direct Deposit

---

| Employee Pay Stub | Check number: DD3498 | | | | Pay Period: 02/26/2022 - 03/11/2022 | Pay Date: 03/17/2022 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| JENNIFER N BENNETT, 688 W. MARYLAND AVE, FLOOR 1, SOMERS POINT, NJ 08226 | | | | | ***-**-9697 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Hourly | 76:45 | 20.00 | 1,535.00 | 6,935.00 | Checking - ******5847 | 1,322.31 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| NJ - Workforce Dev. Employee | | | -0.64 | -2.91 | Direct Deposit | |
| NJ - Health Care Subsidy Emp. | | | 0.00 | 0.00 | | |
| NJ - Family Leave Insurance | | | -2.15 | -9.71 | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | |
| Federal Withholding | | | -54.00 | -217.00 | | |
| Social Security Employee | | | -95.17 | -429.97 | | |
| Medicare Employee | | | -22.26 | -100.56 | | |
| NJ - Withholding | | | -30.44 | -134.62 | | |
| NJ DI/WF/HC | | | -2.15 | -9.71 | | |
| NJ - Unemployment Employee | | | -5.88 | -26.53 | | |
| | | | -212.69 | -931.01 | | |
| **Net Pay** | | | **1,322.31** | **6,003.99** | | |

Asbury Kitchen & Bath Gallery, 929 Asbury Avenue, Ocean City, NJ 08226, TACCARINO KITCHENS INC

Powered by Intuit Payroll