## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Frank Wright**　　　　　　　　　　　: Chapter 13
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　Debtor　　　　　　　　　　　　: Bankruptcy No. **22-10275**

### PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

　　Kindly withdraw debtor's **Employee Income Records** filed on, March 28, 2022, Docket Entry 22.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　**Jeanne Marie Cella and Associates, LLC**


　　　　　　　　　　　　　　　　BY: */s/ Jeanne Marie Cella, Esquire*____
　　　　　　　　　　　　　　　　　　　Jeanne Marie Cella, Esquire

Dated:　March 28, 2022