# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                               Chapter 13

FRANK J WRIGHT                      Bankruptcy No. 22-10275-ELF

45 WOODBROOK WAY

ASTON, PA 19014

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
FRANK J WRIGHT

45 WOODBROOK WAY

ASTON, PA 19014

**Counsel for debtor(s), by electronic notice only.**
JEANNE MARIE CELLA, ESQ.
221 N. OLIVE STREET

MEDIA, PA 19063-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 4/5/2022                                                                                        /s/ Kenneth E. West

                                                                                              _____
                                                                                              Kenneth E. West, Esquire
                                                                                              Chapter 13 Standing Trustee