United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-10275-elf
Frank J Wright | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jun 15, 2022 | Form ID: 155 | Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank J Wright, 45 Woodbrook Way, Aston, PA 19014-2621 |
| 14676747 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, Exton, PA 19341-1119 |
| 14667081 | + | Credit Corp Solutions Lowes, 121 W Election Rd Ste 20, Draper, UT 84020-7720 |
| 14676107 | + | Crozer (CERNER), Simon's Agy Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 14667083 | + | Debra Wright, 45 Woodbrook Way, Aston, PA 19014-2621 |
| 14670980 | + | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14667092 | + | Simon's Agency, Inc. Crozer, Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 14667085 | + | irs, po box 280704, harrisburg, PA 17128-0704 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14667076 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 16 2022 00:04:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14667077 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2022 00:02:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14677453 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2022 00:02:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14667078 | + | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 16 2022 00:04:00 | CarMax Business Srvs LLC, CarMax Auto Finance, Attn Bky Dept, 225 Chastain Meadows Court, Suite 210, Kennesaw, GA 30144-5942 |
| 14667079 | + | Email/Text: bankruptcy@cavps.com | Jun 16 2022 00:04:00 | Cavalry Portfolio Services Citibank, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14678433 | + | Email/Text: bankruptcy@cavps.com | Jun 16 2022 00:04:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14667080 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jun 16 2022 00:04:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14667082 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2022 00:02:46 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14670871 | | Email/Text: mrdiscen@discover.com | Jun 16 2022 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14667084 | + | Email/Text: mrdiscen@discover.com | Jun 16 2022 00:04:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14669498 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2022 00:04:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14671051 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2022 00:04:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14667086 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2022 00:04:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |

Case 22-10275-elf   Doc 36   Filed 06/17/22   Entered 06/18/22 00:28:06   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 15, 2022 | Form ID: 155 | Total Noticed: 35 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14680353 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2022 00:02:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14680323 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 16 2022 00:02:48 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14667087 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2022 00:04:00 | Midland Fund Citibank, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14667088 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2022 00:04:00 | Midland Fund Syncrony Bank, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14667089 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 16 2022 00:02:52 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14677039 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2022 00:02:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14668665 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2022 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14667090 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2022 00:02:49 | Portfolio Recovery Associates, LLC Citi, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 14667091 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2022 00:02:53 | Portfolio Recovery Associates, LLC Syn, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 14674757 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2022 00:04:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14667359 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 00:02:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14667093 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 00:02:53 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14667094 | + | Email/PDF: tbiedi@PRAGroup.com | Jun 16 2022 00:02:45 | The Bureaus Inc Comenity Cap Bank, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14681398 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 16 2022 00:02:48 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 15, 2022 | Form ID: 155 | Total Noticed: 35

Date: Jun 17, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEANNE MARIE CELLA | on behalf of Debtor Frank J Wright paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Frank J Wright
        Debtor(s)                                   Chapter: 13

                                                       Bankruptcy No: 22−10275−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this June 14, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                 Eric L. Frank
                                                                 Judge ,
                                                                 United States Bankruptcy Court

                                                                                                     34 − 18
                                                                                                     Form 155