## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frank J Wright<br>                      Debtor(s)<br><br>MIDFIRST BANK,<br>                      Movant<br>     vs.<br><br>Frank J Wright<br>                      Debtor(s)<br><br>Kenneth E. West<br>                      Trustee | CHAPTER 13<br><br><br><br>NO. 22-10275 AMC<br><br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of MIDFIRST BANK, which was filed with the Court on or about August 29, 2023, Document No. 39.

Dated: November 29, 2023

                                        Respectfully submitted,

                                        /s/Mark A. Cronin
                                        Mark A. Cronin, Esq.
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215)-627-1322
                                        mcronin@kmllawgroup.com